UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>MICHAEL MCNEW,<br>    Defendant. | CRIM.NO. 5:19-188-KKC-MAS<br><br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 76) by defendant Michael McNew requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

Defendant McNew is not, however, eligible for a reduction under the amendment. The Court did not apply any "status points" against him during sentencing. Thus, Part A does not apply to him. As to Part B, Subpart 1, McNew had zero criminal history points. However, a defendant is entitled to the sentence reduction for zero criminal history points only if the defendant did not receive an adjustment under §3B1.1. *See* USSG §4C1.1(a)(10). At sentencing, McNew received an adjustment under USSG §3B1.1 as an organizer or leader in the offense.

1

For all these reasons, the Court hereby ORDERS that McNew's request (DE 76) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines is DENIED.

This 26th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY