UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| MICHAEL MCNEW, | CRIM. NO. 5:19-CR-188-KKC-MAS |
| Petitioner, | |
| v. | **OPINION AND ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on petitioner Michael McNew's motion to reconsider the Court's October 2, 2023 Order denying his motion to compel the government to file a Rule 35(b) motion to reduce his sentence. (DE 75.)

A motion to reconsider may be granted for a limited only limited reasons: "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Leisure Caviar, LLC v. U.S. Fish & Wildlife Serv.*, 616 F.3d 612, 615 (6th Cir. 2010). A plaintiff cannot use a Rule 59 motion or a post-judgment Rule 15 motion "to raise arguments which could, and should, have been made before judgment was issued." *Id.* (quoting *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998)). Neither may a party use a 59(e) motion to relitigate issues previously considered and resolved by the Court. *See, e.g.*, *Franklin v. Franklin County*, 2023 WL 4406884, \*2 (E.D. Ky. July 7, 2023)

In his motion, McNew does not point to any grounds appropriate for a motion to reconsider. Rather, he reiterates his arguments from his original motion. Accordingly,

1

McNew's motion to reconsider (DE 75) is DENIED. Additionally, McNew's motion for a ruling on the motion to reconsider (DE 81) is DENIED AS MOOT.

This 14th day of August, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY